IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY MAYFIELD, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:12-cv-1291-DGW |
| | ) |
| C/O READER | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion for Extension of Time filed by Plaintiff, Gary Mayfield, on May 1, 2013 (Doc. 19).   The Motion is **GRANTED IN PART.**

Plaintiff appears to be seeking a 180-day stay in the schedule in this matter in order to retain an attorney to assist him.   Plaintiff represents that he will be released from prison on May 5, 2013 and that his new address is 2231 Coldspring Road, Crown Point, Indiana, 46307.

The current schedule in this matter requires Defendant to file a Motion for Summary Judgment on exhaustion and qualified immunity by May 10, 2013.   Plaintiff currently will have 30 days to respond (that is, by June 9, 2013).   A *Pavey* hearing is set for June 26, 2013 in which the parties should be prepared to discuss the issue of exhaustion.   Plaintiff is required to appear in person at the June 26, 2013 hearing.

The Court is mindful that Plaintiff is going to be newly released from prison, that he will be adjusting to life outside of prison, and that he will be attempting to retain counsel.   However, a lengthy delay in this matter while Plaintiff attempts to secure counsel will not only prejudice Defendant but will also unnecessarily delay resolution of this matter.   As such, the schedule in this matter is modified as follows:

1. Plaintiff's response to Defendant's Motion for Summary Judgment on exhaustion and qualified immunity (if filed) will be due on **June 28, 2013**.

2. The *Pavey* Hearing is **RESET** to **August 5, 2013 at 2:00 p.m.** in the East St. Louis, Illinois Courthouse. Plaintiff will be required to appear in person for the hearing.

3. New discovery deadlines will be reset upon a ruling on the issue of exhaustion.

**DATED: May 2, 2013**

        **DONALD G. WILKERSON**
        **United States Magistrate Judge**